Philip A. Goldstein
**McGuireWoods LLP**
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Phone: (212) 548-2100
Fax:    (212) 548-2150
Email: pagoldstein@mcguirewoods.com
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| RYAN BUTTON, on behalf of himself and those similarly situated, | : <br> : <br> : |
| Plaintiff, | Case No.: 3:22-cv-07028 (MAS)(RLS) |
| v. | **STEVEN SUNDERLAND RULE 7.1** <br> **DISCLOSURE STATEMENT** |
| DOLLAR GENERAL CORPORATION, DOLGENCORP, LLC d/b/a DOLLAR GENERAL, TODD VASOS, JEFF OWEN, STEVE SUNDERLAND, EMILY TAYLOR, and JOHN DOES 1-500, individually, jointly, severally, or in the alternative, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Steven Sunderland states:

Mr. Sunderland is a citizen of Tennessee.

Dated: December 20, 2022
     New York, New York

Respectfully Submitted,
**McGuireWoods LLP**

*/s/ Philip A. Goldstein*
Philip A. Goldstein
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Phone: (212) 548-2100
Fax:    (212) 548-2150
Email: pagoldstein@mcguirewoods.com
*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2022, I caused a copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will transmit a notice of electronic filing to all counsel of record in this action.

*s/ Philip A. Goldstein*
Philip A. Goldstein
