Philip A. Goldstein
**McGuireWoods LLP**
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Phone: (212) 548-2100
Fax:    (212) 548-2150
Email: pagoldstein@mcguirewoods.com
*Counsel for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

|  |  |
|---|---|
| RYAN BUTTON, on behalf of himself and those similarly situated, | : :  |
| Plaintiff, | : Case No.: 3:22-cv-07028 (MAS)(RLS) : : |
| v. | : **STEVE SUNDERLAND RULE 7.1.1** : **DISCLOSURE STATEMENT** |
| DOLLAR GENERAL CORPORATION, DOLGENCORP, LLC d/b/a DOLLAR GENERAL, TODD VASOS, JEFF OWEN, STEVE SUNDERLAND, EMILY TAYLOR, and JOHN DOES 1-500, individually, jointly, severally, or in the alternative, | : : : : : : |
| Defendants. | : : |

Pursuant to Local Civil Rule 7.1.1, Defendant Steve Sunderland states: No person or entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

1

| | |
|---|---|
| Dated: December 20, 2022<br>New York, New York | Respectfully Submitted,<br>**MCGUIREWOODS LLP**<br><br>*/s/ Philip A. Goldstein*<br>Philip A. Goldstein<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY 10020-1104<br>Phone: (212) 548-2100<br>Fax:    (212) 548-2150<br>Email: pagoldstein@mcguirewoods.com<br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2022, I caused a copy of the foregoing Rule 7.1.1 Corporate Disclosure Statement to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will transmit a notice of electronic filing to all counsel of record in this action.

*s/ Philip A. Goldstein*
Philip A. Goldstein
