Philip A. Goldstein
**McGuireWoods LLP**
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Phone: (212) 548-2100
Fax:   (212) 548-2150
Email: pagoldstein@mcguirewoods.com
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| ------------------------------------------------------- x | |
| RYAN BUTTON, on behalf of himself and those similarly situated, : : : | |
| : | Case No.: 3:22-cv-07028 (MAS)(RLS) |
| Plaintiff, : | |
| : | |
| v.   : | **DOLLAR GENERAL CORPORATION** |
| : | **AMENDED RULE 7.1 DISCLOSURE** |
| DOLLAR GENERAL CORPORATION, : | **STATEMENT** |
| DOLGENCORP, LLC d/b/a DOLLAR : | |
| GENERAL, TODD VASOS, JEFF OWEN, : | |
| STEVE SUNDERLAND, EMILY TAYLOR, : | |
| and JOHN DOES 1-500, individually, jointly, : | |
| severally, or in the alternative, : | |
| : | |
| Defendants. : | |
| : | |
| ------------------------------------------------------- x | |

Pursuant to Federal Rule of Civil Procedure 7.1, Dollar General Corporation states that it is a publicly traded company. Dollar General Corporation has no parent corporation, and no publicly held corporation holds 10% or more of its shares. Dollar General Corporation is a Tennessee corporation with its principal place of business in Tennessee. Dollar General Corporation is a citizen of Tennessee.

Dated: December 20, 2022          Respectfully Submitted,
         New York, New York         **McGuireWoods LLP**

                                    */s/ Philip A. Goldstein*
                                    Philip A. Goldstein

1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Phone: (212) 548-2100
Fax:     (212) 548-2150
Email: pagoldstein@mcguirewoods.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2022, I caused a copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will transmit a notice of electronic filing to all counsel of record in this action.

*s/ Philip A. Goldstein*
Philip A. Goldstein
