Philip A. Goldstein
**McGuireWoods LLP**
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Phone: (212) 548-2100
Fax:    (212) 548-2150
Email: pagoldstein@mcguirewoods.com
*Counsel for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

| | |
|---|---|
| RYAN BUTTON, on behalf of himself and those similarly situated, | : <br> : <br> : |
| Plaintiff, | Case No.: 3:22-cv-07028 (MAS)(RLS) <br> : <br> : |
| v. | : **DOLGENCORP, LLC AMENDED** <br> : **RULE 7.1 DISCLOSURE STATEMENT** |
| DOLLAR GENERAL CORPORATION, DOLGENCORP, LLC d/b/a DOLLAR GENERAL, TODD VASOS, JEFF OWEN, STEVE SUNDERLAND, EMILY TAYLOR, and JOHN DOES 1-500, individually, jointly, severally, or in the alternative, | : <br> : <br> : <br> : <br> : |
| Defendants. | : |

Pursuant to Federal Rule of Civil Procedure 7.1, Dolgencorp, LLC states that it is a limited liability company. Dolgencorp, LLC's sole member is Dollar General Corporation. Dollar General Corporation is a publicly traded company, with no parent company, and no publicly held corporation holds 10% or more of its shares. Dolgencorp, LLC is a single member LLC organized under the laws of Kentucky with its principal place of business in Tennessee. Its sole member, Dollar General Corporation, is a citizen of Tennessee. Dolgencorp, LLC is a citizen of Tennessee.

1

| | |
|---|---|
| Dated: December 20, 2022<br>New York, New York | Respectfully Submitted,<br>**McGuireWoods LLP**<br><br>*/s/ Philip A. Goldstein*<br>Philip A. Goldstein<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY 10020-1104<br>Phone: (212) 548-2100<br>Fax:    (212) 548-2150<br>Email: pagoldstein@mcguirewoods.com<br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2022, I caused a copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will transmit a notice of electronic filing to all counsel of record in this action.

                                                    *s/ Philip A. Goldstein*
                                                    Philip A. Goldstein