Javier L. Merino, Esq.
Andrew R. Wolf, Esq.
THE DANN LAW FIRM, PC
1520 U.S. Highway 130 – Suite 101
North Brunswick, New Jersey 08902
(201) 355-3440 – TELEPHONE
(216) 373-0536 – FAX
jmerino@dannlaw.com
*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN BUTTON, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR GENERAL CORPORATION, DOLGENCORP, LLC D/B/A DOLLAR GENERAL, TODD VASOS, JEFF OWEN, STEVE SUNDERLAND, EMILY TAYLOR, AND JOHN DOES 1-500, INDIVIDUALLY, JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE,<br><br>Defendants. | CIVIL ACTION NO.:<br>3:22-cv-07028-MAS-RAS<br><br>Removed from Superior Court of New Jersey, Monmouth County, Law Division<br><br>Docket No. MON-L-002774-22<br><br>**NOTICE OF MOTION FOR REMAND**<br><br>**Motion Date: February 21, 2023** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Javier L. Merino and the exhibits annexed thereto, and upon all prior pleadings and proceedings in this action, Plaintiff, Ryan Button, on behalf

of himself and all others similarly situated ("Plaintiff"), will move before this Court on February 21, 2023, pursuant to 28 U.S.C. §1447(c), for remand of this matter to the Law Division of the Superior Court of New Jersey-Monmouth County.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if this Motion is opposed, pursuant to Local Civil Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

                                        Respectfully submitted,

                                        THE DANN LAW FIRM, PC

                                        */s/ Javier L. Merino*
                                        Javier L. Merino
                                        1520 U.S. Highway 130 – Suite 101
                                        North Brunswick, New Jersey 08902
                                        (201) 355-3440 – TELEPHONE
                                        (216) 373-0536 – FAX
                                        jmerino@dannlaw.com

Dated: January 16, 2023